### BETHEA v. REHIN et al.
### No. 4088.

Court of Civil Appeals of Texas. El Paso.
May 8, 1941.

Rehearing Denied June 12, 1941.

W. C. Peticolas, of El Paso, for appellant.

William Flournoy, of El Paso, for appellee M. W. Tipps.

PRICE, Chief Justice.

This case originated in one of the Justice Courts of El Paso County. It was appealed to the County Court at Law by appellant Bethea.

In our opinion the rider attached to and made a part of the lease covering Lots 1, 2 and 3 limits the liability for the rent for Lots 4 and 5 to the term provided in the basic lease, to-wit, the lease on Lots 1, 2 and 3.

We find no error, and the judgment is affirmed without opinion. McLoughlin v. Schnitzer, Tex.Civ.App., 147 S.W.2d 826.

### On Rehearing.

In the memorandum opinion heretofore filed herein it was erroneously stated that appellant, Sam Bethea, appealed from the judgment rendered in the Justice Court. In fact appellee here appealed from the judgment rendered in the Justice Court to the County Court.

After careful reconsideration we see no reason to change the disposition of this case.

Motion overruled.